UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

DANIEL J. AND STARLEEN E. MATTEO,

    Plaintiff,

                                                     Case No.:  1:23-CV-290

v.

TRANSWORLD SYSTEMS INC.

    Defendants.

_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Transworld Systems Inc. ("TSI"), by its attorney, hereby removes this action from the Erie County Court of Common Pleas, State of Pennsylvania, to the United States District Court for the Western District of Pennsylvania.  In support of this Notice of Removal, Defendant states as follows:

    1.    Plaintiffs, Daniel J. and Starleen E. Matteo, originally commenced this action by filing a Complaint in the Erie County Court of Common Pleas, State of Pennsylvania, where it is presently captioned as *Daniel J. Matteo and Starleen E. Matteo v. Transworld Systems Inc.,* Docket No.: 12179-23.  No further proceedings before the State court have occurred.

    2.    In the Complaint, plaintiffs allege a statutory cause of action against TSI. A true and correct copy of the State Court record is attached hereto as Ex. "A."

3. Plaintiffs accuse TSI of violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

4. TSI received Plaintiffs' Complaint on or about September 25, 2023.

5. This Court has jurisdiction over Plaintiffs' claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claim is founded upon a claim or right arising under the laws of the United States.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which Defendant received Plaintiffs' Complaint. See 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to Erie County Court of Common Pleas, State of Pennsylvania. *See* Ex. "B."

8. Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiffs.

WHEREFORE, Defendant Transworld Systems Inc., gives notice that this action is removed from the Erie County Court of Common Pleas, State of Pennsylvania, to the United States District Court for the Western District of Pennsylvania

Dated:  October 16, 2023         Respectfully submitted

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (#73683)
SESSIONS, ISRAEL & SHARTLE, L.L.C.
3 Cross Creek Drive
Flemington, NJ  08822-4938

        Telephone No.: (908) 237-1660
        Facsimile No.: (877) 334-0661
        Attorney for Defendant,
        Transworld Systems Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2023 a copy of the foregoing filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system and via US Mail to plaintiffs as below:

Kurt D. Mitchell J.D.
KDM Law Firm PLLC
475 Central Ave Ste 400-H
St. Petersburg, FL  33701

        By:    /s/ Aaron R. Easley
                    Attorney for Defendant,
                    Transworld Systems Inc.